UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL RAY HANABURY,

     Plaintiff,

v.                                Case No.  3:17cv397/RV/CJK

WARDEN R. BRYANT, et al.,

     Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 15, 2017 (doc. 6).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed and the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 6) is adopted and incorporated by reference in this order.

2.  This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i), pursuant to plaintiff's notice of voluntary dismissal.

3.  The clerk shall close the file.

**DONE AND ORDERED** this 18th day of July, 2017.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**